# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133927

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC:  133927
                                       COA:  275221
                                     Gratiot CC:  04-004798-FH
                                                   04-004843-FH

CECIL ALAN MOON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 5, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____

s0723                                           Clerk